Anne Johnson Palmer (CSB # 302235)
*anne.johnsonpalmer@ropesgray.com*
ROPES & GRAY LLP
Three Embarcadero Center
San Francisco, California 94111-4006
Tel.: (415) 315-6300
Fax: (415) 315-6350

Robert A. Skinner (*pro hac vice pending*)
*robert.skinner@ropesgray.com*
Amy D. Roy (*pro hac vice pending*)
*amy.roy@ropesgray.com*
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, Massachusetts 02199-3600
Tel.: (617) 951-7000
Fax: (617) 951-7050

Attorneys for Defendant
T. ROWE PRICE ASSOCIATES, INC.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTOPHER ZOIDIS, et al.,<br><br>    Plaintiff,<br><br>    v.<br><br>T. ROWE PRICE ASSOCIATES, INC.,<br><br>    Defendant. | Case No. 16-cv-02289-VC<br><br>**STIPULATION AND [~~PROPOSED~~]****ORDER SETTING  SCHEDULE FOR RESPONDING TO COMPLAINT**<br><br> AS MODIFIED |

1   This Stipulation is made by and among Plaintiffs Christopher Zoidis, Howard Gurwin,

2   Kevin M. Heckman, Jacqueline Peiffer, Virginia A. Durand Trust, Charles L. Sommer and

3   Barbara L. Sommer (collectively, "Plaintiffs") and Defendant T. Rowe Price Associates, Inc.

4   ("T. Rowe Price"), by and through their respective counsel.

5                                   **RECITALS**

6           WHEREAS, on April 27, 2016, Plaintiffs filed an 84-page Complaint alleging violations

7   of federal securities laws on behalf of eight separate mutual funds (Dkt. No. 1) against

8   Defendant T. Rowe Price;

9           WHEREAS, on April 28, 2016, Defendant T. Rowe Price was served with process;

10          WHEREAS, counsel for Defendant have conferred with counsel for Plaintiffs regarding

11  the timing for filing a response to the Complaint;

12          WHEREAS, in light of the complexity of the issues raised in the Complaint and the

13  numerous funds at issue, in the interest of judicial efficiency and economy, the parties have

14  agreed, subject to the Court's approval, below;

15          NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT:

16          1.      Defendant shall file and serve its motion to dismiss, answer, or other response to

17  the Complaint by July 1, 2016;

18          2.      In the event Defendant files a motion to dismiss the Complaint, Plaintiffs shall

19  file and serve papers in opposition to the Defendant's motion no later than ~~forty-five (45)~~ twenty-one (21) days

20  from the date the Defendant's motion is filed, ~~or by August 15, 2016~~;

21          3.      Defendant shall file and serve its reply briefing in support of its motion to

22  dismiss no later ~~than thirty (30)~~ fourteen (14) days from the date Plaintiffs file their opposition to the

23  Defendant's motion to dismiss, ~~or by September 14, 2016~~;

24          4.      This Stipulation is entered into without prejudice to any party seeking any

25  interim relief;

26          5.      Nothing in this Stipulation shall be construed as a waiver of any of the parties'

27  rights or positions in law or equity, or as a waiver of any claims and/or defenses that the parties

28  would otherwise have;

---

1        6.      The parties do not seek to reset dates for the purpose of delay, and the proposed

2  new dates will not have an effect on any case management conference dates or other hearing

3  dates as the Court has yet to schedule these dates.

4  7. If defendant files a motion to dismiss, the hearing will be set for August 25, 2016 at 10:00 a.m.

**SO STIPULATED AND AGREED TO BY:**

5

6  May 18, 2016                            /s/ J. Michael Hennigan

7                                  J. Michael Hennigan
   J. Michael Hennigan (CSB # 59491)

8                                  hennigan@mckoolsmithhennigan.com
   MCKOOL SMITH HENNIGAN, P.C.

9                                  300 South Grand Avenue, Suite 2900
   Los Angeles, CA 90071

10

11                                  Courtland L. Reichman (CSB # 268873)
   creichman@mckoolsmith.com

12                                  MCKOOL SMITH HENNIGAN, P.C.
   255 Shoreline Drive, Suite 510

13                                  Redwood Shores, CA 94065

14

15                                  Robin F. Zwerling *(pro hac vice to be filed)*
   rzwerling@zsz.com

16                                  Jeffrey C. Zwerling *(pro hac vice to be filed)*
   jzwerling@zsz.com

17                                  Susan Salvetti *(pro hac vice to be filed)*
   ssalvetti@zsz.com

18                                  Andrew W. Robertson *(pro hac vice to be filed)*
   arobertson@zsz.com

19                                  Ana M. Cabassa-Torres *(pro hac vice to be filed)*
   acabassa@zsz.com

20

21                                  ZWERLING, SCHACHTER & ZWERLING, LLP
   41 Madison Avenue

22                                  New York, NY 10010

23                                  Attorneys for Plaintiffs Christopher Zoidis,
   Howard Gurwin, Kevin M. Heckman, Jacqueline

24                                  Peiffer Virginia A. Durand Trust, Charles L.
   Sommer and Barbara L. Sommer

25

26

27  May 18, 2016

28                                  /s/ Anne Johnson Palmer
                                   Anne Johnson Palmer

1

2

3

Anne Johnson Palmer (CSB # 302235)
anne.johnsonpalmer@ropesgray.com
ROPES & GRAY LLP
Three Embarcadero Center
San Francisco, CA 94111-4006

4

5

6

7

8

Robert A. Skinner (*pro hac vice pending*)
robert.skinner@ropesgray.com
Amy D. Roy (*pro hac vice pending*)
amy.roy@ropesgray.com
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, Massachusetts 02199-3600

9

Attorneys for Defendant T. Rowe Price
Associates, Inc.

10

11

**Certificate Pursuant to Local Rule 5-1(i)(3)**

12

13

14

15

I, Anne Johnson Palmer, am the ECF User whose identification and password are being used to file the STIPULATION AND [PROPOSED] ORDER SETTING SCHEDULE FOR RESPONDING TO COMPLAINT.  In compliance with Local Rule 5-1(i)(3), I hereby attest that J. Michael Hennigan has concurred in this filing.

16

17

Dated:  May 18, 2016                          /s/Anne Johnson Palmer
                                             Anne Johnson Palmer

18

19

20

21

22

23

24

25

26

27

28

*** 

**[PROPOSED] ORDER** AS MODIFIED

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

DATED: May 23        , 2016



THE HON                                    A

IT IS SO ORDERED
AS MODIFIED

Judge Vince Chhabria

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**1**

**2**

**3**

**4**

**5**

**6**

**7**

**8**

**9**

**10**

**11**

**12**

**13**

**14**

**15**

**16**

**17**

**18**

**19**

**20**

**21**

**22**

**23**

**24**

**25**

**26**

**27**

**28**

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certified that on May 18, 2016, the foregoing document was filed with the Clerk of the U.S. District Court for the Northern District of California, using the Court's electronic filing system (ECF), in compliance with Civil L.R. 5-1.  The ECF system serves a "Notice of Electronic Filing" to all parties and counsel who have appeared in this action, who have consented under Civil L.R. 5-1 to accept that Notice as service of this document.

*/s/ Anne Johnson Palmer*
Anne Johnson Palmer