Anne Johnson Palmer (CSB # 302235)
*anne.johnsonpalmer@ropesgray.com*
ROPES & GRAY LLP
Three Embarcadero Center
San Francisco, California 94111-4006
Tel.: (415) 315-6300
Fax: (415) 315-6350

John D. Donovan, Jr. (*pro hac vice*)
*john.donovan@ropesgray.com*
Robert A. Skinner (*pro hac vice*)
*robert.skinner@ropesgray.com*
Amy D. Roy *(pro hac vice)*
*amy.roy@ropesgray.com*
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, Massachusetts 02199-3600
Tel.: (617) 951-7000
Fax: (617) 951-7050

Attorneys for Defendant
T. ROWE PRICE ASSOCIATES, INC.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

CHRISTOPHER ZOIDIS, et al.,

       Plaintiff,

    v.

T. ROWE PRICE ASSOCIATES, INC.,

       Defendant.

Case No. 16-cv-02289-VC

**STIPULATION AND [PROPOSED]
ORDER VACATING INITIAL CASE
MANAGEMENT CONFERENCE AND
RELATED DEADLINES**

AS MODIFIED

1  Pursuant to Civil Local Rules 16-2 and 7-12, Plaintiffs Christopher Zoidis, Howard
2  Gurwin, Kevin M. Heckman, Jacqueline Peiffer, Virginia A. Durand Trust, Charles L. Sommer
3  and Barbara L. Sommer (collectively, "Plaintiffs") and Defendant T. Rowe Price Associates,
4  Inc. ("T. Rowe Price") (collectively, the "Parties") hereby agree and stipulate that good cause
5  exists to request an order from the Court modifying the schedule for the Case Management
6  Statement and Initial Case Management Conference (Dkt. No. 16) ("Case Management
7  Schedule") and adjusting the related ADR deadlines.

8  **RECITALS**

9  WHEREAS, on April 27, 2016, Plaintiffs filed a Complaint alleging violations of federal
10  securities laws on behalf of eight separate mutual funds (Dkt. No. 1) against Defendant T. Rowe
11  Price;

12  WHEREAS, on May 18, 2016, upon reassignment of the case, the Court scheduled an
13  Initial Case Management Conference for August 2, 2016, and associated deadlines were
14  scheduled pertaining to the submission of a Case Management Statement, and to certain ADR
15  requirements, in accord with the Federal Rules of Civil Procedure and the Court's local rules;

16  WHEREAS, on June 22, 2016, Defendant T. Rowe Price filed a Motion to Transfer
17  Venue to the District of Maryland (Dkt. No. 25) and noticed the motion for hearing on August
18  4, 2016;

19  WHEREAS, on July 1, 2016, Defendant T. Rowe Price filed a Motion to Dismiss
20  Plaintiffs' Complaint for Failure to State a Claim (Dkt. No. 34);

21  WHEREAS, the Court scheduled a hearing on Defendant's Motion to Dismiss for
22  August 25, 2016 (Dkt. No. 19); and

23  WHEREAS, as of August 2, 2016, the date currently scheduled for the initial Case
24  Management Conference, the Parties will have fully briefed Defendants' Motion to Transfer
25  Venue and will be in the midst of briefing on Defendants' Motion to Dismiss, the Parties submit
26  that it would be most efficient and economical for the Court and the Parties to continue the Case
27  Management Conference and related deadlines until a point in time after the pending motions
28  have been resolved by the Court.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT:

1.     The July 26, 2016 deadline for filing the Case Management Statement and the August 2, 2016 Case Management Conference, along with any associated deadlines under the Federal Rules of Civil Procedure and Local Rules (including ADR deadlines), shall be vacated and reset to a date after the Court rules on Defendants' Motion to Transfer Venue and/or Motion to Dismiss Plaintiffs' Complaint;

2.     The Parties do not seek to reset these dates for the purpose of delay, and any adjustment in schedule will not have an effect on any pre-trial and trial dates, as the Court has yet to schedule these dates; and

3.     The Parties respectfully request the Court's approval of this Order on the basis that it would be an inefficient use of the Court's time to consider the joint case management statement and convene the case management conference prior to the resolution of Defendants' motions, either of which could obviate the conference.

## SO STIPULATED AND AGREED TO BY:

July 7, 2016                         /s/ J. Michael Hennigan
                                     J. Michael Hennigan
                                     J. Michael Hennigan (CSB # 59491)
                                     hennigan@mckoolsmithhennigan.com
                                     MCKOOL SMITH HENNIGAN, P.C.
                                     300 South Grand Avenue, Suite 2900
                                     Los Angeles, CA 90071

                                     Courtland L. Reichman (CSB # 268873)
                                     creichman@mckoolsmith.com
                                     MCKOOL SMITH HENNIGAN, P.C.
                                     255 Shoreline Drive, Suite 510
                                     Redwood Shores, CA 94065

                                     Robin F. Zwerling (*pro hac vice*)
                                     rzwerling@zsz.com
                                     Jeffrey C. Zwerling (*pro hac vice*)
                                     jzwerling@zsz.com
                                     Susan Salvetti (*pro hac vice*)
                                     ssalvetti@zsz.com
                                     Andrew W. Robertson (*pro hac vice*)

1  arobertson@zsz.com
   Ana M. Cabassa-Torres (*pro hac vice*)
2  acabassa@zsz.com
   ZWERLING, SCHACHTER & ZWERLING, LLP
3  41 Madison Avenue
   New York, NY 10010
4
5  Attorneys for Plaintiffs Christopher Zoidis,
   Howard Gurwin, Kevin M. Heckman, Jacqueline
6  Peiffer Virginia A. Durand Trust, Charles L.
   Sommer and Barbara L. Sommer
7
8
9  July 7, 2016                            /s/ Robert A. Skinner
10                                        Robert A. Skinner
11  Anne Johnson Palmer (CSB # 302235)
    anne.johnsonpalmer@ropesgray.com
12  ROPES & GRAY LLP
    Three Embarcadero Center
13  San Francisco, CA 94111-4006
14  John D. Donovan (*pro hac vice*)
    *john.donovan@ropesgray.com*
15  Robert A. Skinner (*pro hac vice*)
    robert.skinner@ropesgray.com
16  Amy D. Roy (*pro hac vice*)
    amy.roy@ropesgray.com
17  ROPES & GRAY LLP
    Prudential Tower
18  800 Boylston Street
    Boston, Massachusetts 02199-3600
19
20  Attorneys for Defendant T. Rowe Price
    Associates, Inc.
21
22
23
24
25
26
27
28

STIPULATION AND [PROPOSED] ORDER VACATING INITIAL CASE MANAGEMENT CONFERENCE AND RELATED
DEADLINES
Case No. 16-cv-02289-VC                                                                3

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Certificate Pursuant to Local Rule 5-1(i)(3)**

I, Robert A. Skinner, am the ECF User whose identification and password are being used to file the STIPULATION AND [PROPOSED] ORDER VACATING INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES.  In compliance with Local Rule 5-1(i)(3), I hereby attest that J. Michael Hennigan has concurred in this filing.

Dated:  July 7, 2016                      /s/ Robert A. Skinner

                                           Robert A. Skinner

1
***

2    **[PROPOSED] ORDER** AS MODIFIED

3          PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

4

5

6     DATED: ___July 12____, 2016

7                                    THE HON[...]A

8    The case management conference is rescheduled

9    to September 6, 2016, at 1:30 p.m. The joint case

10
     management statement is due no later than
11

12   August 30, 2016. All deadlines and ADR deadlines shall be

13   adjusted in accordance with the initial case management conference date according to the FRCPs and

14
     Local Rules.
15

16

17

18

19

20

21

22

23

24

25

26

27

28

IT IS SO ORDERED
AS MODIFIED

Judge Vince Chhabria

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certified that on July 7, 2016, the foregoing document was filed with the Clerk of the U.S. District Court for the Northern District of California, using the Court's electronic filing system (ECF), in compliance with Civil L.R. 5-1.  The ECF system serves a "Notice of Electronic Filing" to all parties and counsel who have appeared in this action, who have consented under Civil L.R. 5-1 to accept that Notice as service of this document.

*/s/ Robert A. Skinner*
Robert A. Skinner